United States District Court

Eastern District of California

Lance C. Badgett,

        Plaintiff,                         No. Civ. S 05-2608 GEB PAN P

vs.                                       Order

California Department
of Corrections, et al.,

        Defendants.

-oOo-

      Plaintiff, a prisoner without counsel who has paid part of the $250 filing fee required by 28 U.S.C. 1914(a), seeks to commence a civil rights action and seeks summary judgment.

> A party seeking to recover upon a claim, counterclaim, or cross-claim or to obtain a declaratory judgment may, at any time after the expiration of 20 days from the commencement of the action or after service of a motion for summary judgment by the adverse party, move with or without supporting affidavits for a summary judgment in the party's favor upon all or any part thereof.

Fed. R. Civ. P. 56(a). A plaintiff who cannot pay the filing fee in full must seek an order authorizing "commencement" of a suit

in forma pauperis. 28 U.S.C. § 1915(a)(1).

    Plaintiff has neither paid the filing fee in full nor obtained leave to proceed in forma pauperis and therefore has not commenced an action.  Accordingly, plaintiff's December 23, 2005, motion for summary judgment is denied without prejudice.

    So ordered.

    Dated:  January 24, 2006.

                                       /s/ Peter A. Nowinski
                                       PETER A. NOWINSKI
                                       Magistrate Judge