United States District Court

Eastern District of California

Lance C. Badgett,

      Plaintiff,                Civ. No. S 05-2608 GEB PAN P

  vs.                          Order

California Department of Corrections, et al.,

      Defendants.

-oOo-

Plaintiff, a prisoner without counsel, seeks to commence a civil rights action.

To commence a civil action a plaintiff must pay the $250 filing fee required by 28 U.S.C. § 1914(a) or request leave of court to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

Plaintiff has paid $150 of the filing fee.

Within 30 days from the day this order is signed plaintiff may submit either the balance of the filing fee or the

1 application required by § 1915(a).  The clerk of the court is
2 directed to mail to plaintiff a form application for leave to
3 proceed in forma pauperis.  Failure to comply with this order
4 will result in this file being closed.
5     So ordered.
6     Dated:  January 24, 2006.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge