IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE C. BADGETT,

    Plaintiff,                               No. CIV S-05-2608 GEB EFB P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.                         ORDER
_____/

        Plaintiff, a prisoner prosecuting this civil rights action without counsel, seeks an order sealing all documents filed thus far. *See* L. R. 39-141.

        The public has a general right of access to judicial records and documents. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978). Accordingly, a court will not grant a motion to seal documents attached to pleadings or dispositive motions unless the proponent makes a particularized showing either that the record is one traditionally kept secret or that there is a compelling reason for sealing the document. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006); *Foltz v. State Farm Mutual Auto Insurance Company*, 331 F.3d 1122, 1135 (9th Cir. 2003). Compelling reasons that would outweigh the public's interest in disclosure include the likelihood the record would be used for an improper purpose, such as to gratify private spite, promote public scandal, circulate libelous statements or release trade secrets.

*Nixon*, 435 U.S. at 598.  The possibility of embarrassment, incrimination, or exposure to additional litigation, without more, is insufficient.  *Foltz*, 331 F.3d at 1136.  Apart from the fact that plaintiff's request is overly broad,  he seeks an order sealing pleadings and motions in addition to documents attached thereto, he makes no showing to warrant an order sealing documents in this case.

Plaintiff asserts that the records on file will:

> tend to call undue public attention to certain matters not ordinarily inquired into, or which perhaps come within the spirit of the law's protection of any trade secret or other confidential research, development, or commercial information not normally revealed or to be revealed only in a designated way, i.e., one which artfully fosters public confidence in the courts.

In his complaint, plaintiff alleges that defendants have violated his constitutional rights by continuing to treat him as a prisoner serving a life sentence.  The above assertions are wholly unrelated to the allegations in this action and plaintiff fails to demonstrate any reason for sealing the documents.

For these reasons, it is ORDERED that plaintiff's June 20, 2006, request for an order sealing documents is denied.

DATED:   September 7, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\badg2608.dny seal