IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE C. BADGETT,

      Plaintiff,                       No. CIV S-05-2608 GEB EFB P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

      Defendants.             ORDER

      On September 6, 2006, the court dismissed plaintiff's complaint with leave to amend. On September 7, 2006, the court recommended that plaintiff's application for a preliminary injunction be denied. On September 27, 2006, plaintiff requested an extension of time to file an amended complaint and to file objections to the findings and recommendations. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's request is granted. Plaintiff shall have 30 days from the date this order is served to file a first-amended complaint and to file any objections to the September 7, 2006, findings and recommendations.

      So ordered.

Dated: October 12, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE